LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BELINDA BRECEDA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, SSA Deputy Commissioner for Operations,<br><br>    Defendant. | No. EDCV 17-00663 JPR<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED THIRTY-NINE DOLLARS AND 47/100 ($2,539.47) subject to the terms of the stipulation.

DATE: May 21, 2018  _____

                                      HON. JEAN R. ROSENBLUTH,
                                      UNITED STATES MAGISTRATE JUDGE